United States Courts of Appeals 4th District
Richmond, Virginia

George Alexander Yarid
VS
Layton Harman Defendant EL

Action Case Number

13-1048

Plea to try the case.

To the honor judges who preside in the 4th district court chambers.

I'm asking for the courts to have a open chamber with all judges to preside over this case. I respectfully request the courts to hear the case in this jurisdiction since I live and reside in the area. I have address's for two of the legitmate ones that have created this issue. I respectfully ask the courts once again to take it under advisement and whatever time necessary it takes to preside over this case in a judicial and factual way. I also respectfully ask the judges to weigh in that material was stolen from me and a insist and desist request is what I'm asking for at the present time, without punitive damages currently. I represent myself currently and hopefully the judges will set a presidence to hear this case with the facts presented without prejudice and malice. I hope that the courts can reconsider their ruling in the matter and consider the previously case law given and rule to try the case in this jurisdiction. I appreciate deep consideration for this matter and respectfully it shall be granted.

Sincerely  George Alexander Yarid

*[signature: George Alexander Yarid]*